UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ELMORE COOK, JR.,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) Case No. 2:22-cv-1527-ACA-GMB |
| **SGT. HOLCOMB, et al.,** | ) ) ) |
| **Defendant.** | ) ) |

## ORDER OF DISMISSAL

The magistrate judge entered a report recommending that the court dismiss this action without prejudice for Plaintiff Elmore Cook, Jr.'s failure to prosecute his claims. (Doc. 5).[1] The magistrate judge informed Mr. Cook that he had a right to file specific written objections within fourteen days. The court has received no objections.

The parties' failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. Therefore, the court

---

[1] The United States Postal Service returned the report and recommendation to the court on February 28, 2023 as undeliverable. (Doc. 6).

**DISMISSES** this action **WITHOUT PREJUDICE** for Mr. Cook's failure to prosecute his claims.

For information regarding the cost of appeal, see the attached notice.

**DONE** and **ORDERED** this March 3, 2023.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE

**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith                                                          In Replying Give Number
Clerk of Court                                                          of Case and Names of Parties

### NOTICE TO PRISONERS CONCERNING CIVIL APPEALS

The Prison Litigation Reform Act of 1995 (effective April 26, 1996) now **REQUIRES** that <u>all</u> prisoners pay the Court's $500 docket fee plus $5 filing fee (for a total of $505) when appealing any civil judgment.

If you wish to appeal in a civil case that Act now **requires** that upon filing a notice of appeal you *either*:

(1)   Pay the total $505 fee to the clerk of the district court from which this case arose; *or*

(2)   arrange to have a prison official certify to the district court from which the appeal arose the <u>average</u> monthly deposits and balances in your prison account for each of the six months preceding the filing of a notice of appeal.

If you proceed with option (2) above, the Act requires that the district court order you to pay an *initial partial fee* of at least 20% of the **greater** of either the <u>average</u> monthly deposits or of the <u>average</u> monthly balances shown in your prison account. The remainder of the total $505 fee will thereafter be deducted from your prison account each month that your account balance exceeds $10. Each such monthly deduction shall equal 20% of all deposits to your prison account during the previous month, until the total $505 fee is paid. (If your prison account statement shows that you cannot pay even the required *initial partial fee*, your appeal may nevertheless proceed, BUT THE TOTAL $505 FEE WILL BE ASSESSED AGAINST AND WILL BE DEDUCTED FROM FUTURE DEPOSITS TO YOUR PRISON ACCOUNT.)

Fees are not refundable, regardless of outcome, and deductions from your prison account will continue until the total $505 fee is collected, even if an appeal is unsuccessful.

David J. Smith
Clerk of Court

PLRA Notice